UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG** ) <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> ) <br> **Plaintiff,** ) <br> vs. ) <br> ) <br> **SPACE COAST MARKETING.** ) <br> ) <br> **Et. Al.** ) <br> **Defendants.** ) <br> ) | Civil Action <br> No. 18-5510 <br><br><br> Jury Trial Demanded |

## NOTICE OF DISMISSAL OF JASON LESTER BELT:

COMES NOW Plaintiff ANDREW R. PERRONG and hereby files this Dismissal against Defendant JASON LESTER BELT ONLY, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, as he has not filed an answer or motion for summary judgment. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITHOUT PREJUDICE, with each party to bear its own fees and costs.

Dated: January 9, 2019

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1