IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG | : |
| | : |
| v. | : CIVIL ACTION NO. 18-5510 |
| | : |
| SPACE COAST MARKETING, LLC, ET AL. | : |
| | : |

## ORDER

This 18th day of March, 2019, it is hereby **ORDERED** that Plaintiff's Motion for Entry of Default Judgment is **DENIED** without prejudice.

Plaintiff shall serve defendants with a copy of the Motion by both first-class and certified mail, return receipt requested, and file proof of such service on the docket.

Plaintiff need not refile his motion; the Court will reinstate it following the appropriate interval required by the terms of this Order.

      /s/ Gerald Austin McHugh
United States District Judge