# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPACE COAST MARKETING, LLC, et al.,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 18-5510 |

## ORDER

This 12th day of July, 2019, upon review of the record, I have determined that Plaintiff has not supported the factual allegations he has made in his Complaint (ECF No. 1) or Motion for Default Judgment (ECF No. 9) with any affidavit under oath. To the extent that Plaintiff requests the Court to rely on his factual representations for the basis of the relief he has requested, he is **ORDERED** to submit a signed affidavit attesting to those factual allegations.

　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　United States District Judge